# United States District Court
## Northern District of Illinois
### Eastern Division

Oakland County, et al.                    **JUDGMENT IN A CIVIL CASE**

      v.                               Case Number: 09 C 6284

Massaro, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motions to dismiss [93] and (96) are granted. Accordingly, plaintiffs' second amended consolidated complaint is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/22/2011                  _____

                                /s/ Mathew P. John, Deputy Clerk