

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
APR - 8 2011
APR 8 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Ian M. Ross

FIRM: Sidley Austin LLP

STREET ADDRESS: One S Dearborn Street

CITY/STATE/ZIP: Chicago, IL 60603

PHONE NUMBER: 312-853-2227

ATTORNEY REGISTRATION NO: C287238

PRIMARY E-MAIL ADDRESS: iross@sidley.com

✓ I am a member of the General Bar for the Northern District of Illinois.

No  Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

### *I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:09-cv-04734 | Hughes v Huron Consulting | Bucklo |
| 1:09-cv-0C284 | Oakland County v Massaro | Bucklo |
| | | |
| | | |
| | | |

_____      3/30/11
Attorney's Signature                Date

CH1 4320757v.1